DISTRICT COURT District of Alaska

---

RECEIVED

NOV 03 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Barbara Flores

Against COMPLAINT 3:26-cv-00387-ACP

Vanessa Fang

Vanessa Fang's unrevealed relationship with the superior cast doubt over her above average salary,

Plaintiff files a Title VII complaint against Vanessa Fang.

Barbara Flores

Barbara Flores

2914 Royal St, Mobile, AL 36609

NEW YORK NY 100

29 OCT 2026 PM 14 L

Mail a smile.

Thinking




US District Court Clerk's Office
222 W. 7th Avenue, Room 229,
Box/Suite #4
Anchorage, AK 99513



99513-750099